# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

154723

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                         SC: 154723
                         COA: 327261

ANTONIO KING GREEN,
          Defendant-Appellant.

                         Genesee CC: 13-033790-FC

_____/

      By order of May 1, 2018, the application for leave to appeal the September 15, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077). On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019

Clerk

p0923